**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kenneth J. Wash, | NO. C 04-04207 JW |
|       Petitioner, | **ORDER REOPENING CASE, LIFTING STAY; ORDERING PARTIES TO MEET AND CONFER RE: BRIEFING SCHEDULE** |
| v. | |
| D.L. Runnels, | |
|       Respondent. | |

Pursuant to the Court's January 4, 2006 Order, Petitioner has provided the Court with notice of denial of his petition before the California Supreme Court. (See Docket Item No. 19.) Accordingly, the Court orders the case reopened and lifts the previous stay. The parties shall meet and confer, and file an agreed upon Joint Briefing Schedule by **December 21, 2007.**

Dated: November 30, 2007

                                      JAMES WARE
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Francis-Antonio Carbone charles@charlescarbone.com
Jamie Michele Weyand jamie.weyand@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated:  November 30, 2007**                         **Richard W. Wieking, Clerk**

                                                      **By:    /s/ JW Chambers
                                                              Elizabeth Garcia
                                                              Courtroom Deputy**