Charles F.A. Carbone, Esq.
(CA SBN. 206536)
LAW OFFICES OF CHARLES CARBONE
PMB 212
3128 16th Street
San Francisco, California 94103
Telephone: 415-981-9773
Facsimile: 415-981-9774

Attorney for Petitioner Kenneth J. Wash

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

KENNETH J. WASH            )
                           )
        Petitioner         )
vs.                        )     C. 04-04207 JW (PR)
                           )
D.L. RUNNELS               )     **STIPULATION AND [PROPOSED]**
                           )     **ORDER ON BRIEFING SCHEDULE**
        Respondent         )
_____)

Pursuant to this Court's Order of November 30, 2007, all parties herein submit the following joint briefing schedule and proposed order for the court's consideration. Parties elect to set a briefing schedule that balances the current demands of both of the attorneys and their respective schedules against the need for timely disposition of this case. The following stipulation reflects this balance:

The parties stipulate, and hereby request of the Court, that an order be entered providing for the following dates:

- Respondent's dispositive motion (if any): to be filed no later than May 16, 2008;
- Petitioner's opposition to dispositive motion: to be filed no later than June 13, 2008;
- Respondent's dispositive reply: to be filed no later than July 3, 2008;

- Respondent's Return to Petition: to be filed no later than July 31, 2008; and
- Petitioner's Traverse to Petition: to be filed no later than August 29, 2008.

It is so stipulated, through counsel of record as indicated below.

DATED: December 15, 2007 _____/S/_____

CHARLES F.A. CARBONE, ESQ

Counsel for Petitioner Wash

DATED: December 13, 2007 _____/S/_____

MICHELE SWANSON, ESQ.

Counsel for Respondent
Deputy Attorney General
ATTORNEY GENERAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2007 _____

JAMES WARE
United States District Judge

# Declaration of Service by U.S. Mail

**Case Name:** WASH v. RUNNELS

**Case No: 04-04207 JW (PR)**

I declare, under penalty of perjury, that I am not a party to this action and over the age of 18. In accordance with customary mail procedures, I have deposited with the United States Postal Service and served via fax on December 7, 2006, the:

NOTICE OF CA SUPREME COURT DENIAL

by placing a true copy thereof via electronic same day service and U.S. Mail:

Jamie M. Weyland

DAG

Attorney General

455 Golden Gate Ave.

Suite 11000

San Francisco, CA 94102

Dated: December 7, 2006 _____/S/_____

                                                  Charles Carbone