IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kenneth Jean Wash, | NO. C 04-04207 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. L. Runnels, et al., | |
| Respondents. | |

Pursuant to the Court's January 5, 2010 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondents D.L. Runnels, Warden and Tom Felker, Warden, against Petitioner Kenneth Jean Wash.

The Clerk shall close this file.

Dated: January 5, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Francis-Antonio Carbone charles@charlescarbone.com
Jamie Michele Weyand jamie.weyand@doj.ca.gov
Michele Joette Swanson michele.swanson@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated: January 5, 2010**                     **Richard W. Wieking, Clerk**

 

                                        **By:    /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**